IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:06-CR-35-1H
NO. 4:10-CV-40-H

COYT BRYANT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

This matter is before the court on petitioner's motion for a certificate of appealability, filed January 28, 2011. On December 14, 2010, an order was entered dismissing petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 and denying a certificate of appealability as to the issues raised in petitioner's § 2255 motion. Accordingly, petitioner's motion for a certificate of appealability [DE #104] is DISMISSED as moot.

This 7th day of February 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31