IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:06-CR-35-1H
NO. 4:10-CV-40-H

COYT BRYANT,

    Petitioner,

v.                                     ORDER

UNITED STATES OF AMERICA,

    Respondent.

This matter is before the court on petitioner's motion for reconsideration of the order entered December 14, 2010, dismissing his § 2255 motion. The court has reviewed petitioner's handwritten motion for reconsideration and finds no reason to change its prior order. Therefore, petitioner's motion [DE #97] is DENIED.

This 5th day of April 2011.

                                      Malcolm J. Howard
                                      Senior United States District Judge

At Greenville, NC
#26