UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Coyt Bryant                                   Docket No. 4:06-CR-35-1H

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Coyt Bryant, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 4, 2007, to the custody of the Bureau of Prisons for a term of 195 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On October 18, 2016, the term of imprisonment was reduced to 99 months (TIME SERVED).

Coyt Bryant was released from custody on October 18, 2016, at which time the term of supervised release commenced.

On August 24, 2017, the court approved a Violation Report agreeing to take no action after the defendant submitted a positive drug test. The defendant was referred to substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 4, 2018, the defendant was charged with Harassing Phone Call (17CR53621 – offense date 11/15/2017) and Communicating Threats (17CR53622 – offense date 10/23/2017) in Craven County, North Carolina. According to the Warrants for Arrest, Bryant repeatedly called the Overton Group for the purpose of annoying and harassing Casie Price and other employees. The warrants also allege Bryant communicated a threat to a maintenance worker employed by the Overton Group at the defendant's apartment complex. When confronted with the violations, the defendant admitted he called the Overton Group repeatedly to discuss an eviction notice. However, Bryant denied he threatened the Overton Group employee. These charges remain pending.

On April 22, 2018, the defendant was charged with Assault on a Female (18CR207579) in Wake County, North Carolina. When confronted with the violation, Bryant admitted while arguing with his girlfriend, she refused to return his car keys. After a brief altercation, Bryant bit her hand to obtain the keys. Contact with Raleigh Police and the victim, Sheronda Williams, confirmed this information. The charge remains pending.

Since being charged with assault, Bryant returned to PORT Health Services for an assessment that recommended mental health treatment. Additionally, it is noted that since his release from custody, the defendant has struggled to maintain employment and a stable residence. As a result of the aforementioned violations, the probation office respectfully recommends the conditions of supervised release be modified to include 24 hours community service. Should the defendant be convicted of the Communicating Threats charge, the court will be notified.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Coyt Bryant
Docket No. 4:06-CR-35-1H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: May 23, 2018

### ORDER OF THE COURT

Considered and ordered this 24th day of May 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge